ROBERT S. HAYWARD, Appellant, *v.* FREDERICK A. CONKLING, Respondent.

(Argued June 13, 1884; decided June 24, 1884

*Henry E. Davies* for appellant.

*Samuel Hand* for respondent.

Agree to affirm order, and for judgment absolute against plaintiff on stipulation; no opinion.

All concur, except RUGER, Ch. J., and RAPALLO, J., dissenting.

Order affirmed, and judgment accordingly.

---

CHARLES G. HILL, Respondent, *v.* WILLIAM H. VAN SCHOONHOVEN et al., Executors, etc., Appellants.

(Argued June 18, 1884; decided June 27, 1884.)

*Charles E. Patterson* for appellants.

*Esek Cowen* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.